Lydia Harris
Applicant, Pro SE
1206 mistylake CT,
Sugarland Texas 77498
Phone No 8324140106
EMail: Justlydia10yahoo.com

FILED
OCT - 9 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

United States Bankruptcy Court
Central District of California
Los Angeles Division

In Re:
Dealth Row Records INC
    Debtor

Lydia Harris
    Plaintiff
VS.
Dealth Row Records Inc
    Defendant

CASE NO. 2:06-BK-11205-VZ

Chapter 7
Adversary NO:

~~Not~~ Combined Adversay Complaint For Declaratory Relief, Imposition Of ~~Property, and~~ Constructive Trust, Turnover Of Property and Motion For Relief From Stay

Place: 255 E. Temple St
~~Date~~: Court Room 1368
Los Angeles CA 90012

*Applicant*
Lydia Harris, Pro Se
939 Eldridge Road
Sugarland, Texastlydia1@yahoo.com
Ph. 832-799-4715s 77478

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re
DEATH ROW RECORDS

Adversary Proceeding No. _____

PLAINTIFF'S COMBINED ADVERSARY COMPLAINT FOR DECLARATORY RELIEF, CONSTRUCTIVE TRUST, TURNOVER OF PROPERTY, AND INJUNCTIVE RELIEF

I. INTRODUCTION
Plaintiff Lydia Harris brings this action to challenge the unlawful and fraudulent transfer, sale, and continued exploitation of the Death Row Records brand, catalog, and associated assets in violation of 11 U.S.C. § 363(f), § 523(a)(6), and applicable bankruptcy rules. Despite holding a valid California judgment in the amount of $107 million, including punitive damages for intentional harm, Harris was fraudulently excluded from required notice, participation, or consent in the estate sales conducted from 2006 forward.

II. JURISDICTION & VENUE
This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and Bankruptcy Rule 7001. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

III. FACTUAL BACKGROUND
- 2005 Judgment: Harris awarded ~$107M in Los Angeles Superior Court for 50% ownership denial in Death Row Records.
- 2006 Bankruptcy Filings: Chapter 11 later converted to Chapter 7; Trustee sales purportedly conducted.
- 2008–2009 Transactions: Conquest Media release and subsequent WIDEAwake "purchase" contained fraudulent elements and rescinded transactions.
- 2012 Forward: UMG, Interscope, and successor entities (including MNRK/Blackstone) continued exploitation absent lawful § 363(f) sale order.
- 2022–2023 Transactions: Calvin Broadus (Snoop Dogg) and DRR LLC announced acquisition of Death Row brand from MNRK/Blackstone without proper adversary clearance.

IV. CLAIMS FOR RELIEF

1. Declaratory Relief – Declaration that prior purported sales were void/voidable.
2. Constructive Trust & Turnover – Imposition of constructive trust over Death Row brand, assets, and revenues.
3. Violation of § 363(f) – Sale "free and clear" lacked required adversary action or consent.
4. Nondischargeability under § 523(a)(6) – Punitive damages judgment survives all bankruptcy proceedings.
5. Fraud on the Court – Prior transactions concealed Harris's interests.
6. Injunctive Relief – To enjoin further transfers, assignments, or exploitation of the brand.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:
- Declaration that prior sales and transfers are void as to Plaintiff's rights;
- Imposition of a constructive trust over all Death Row assets;
- Turnover of said assets into the bankruptcy estate for equitable administration;
- Injunction prohibiting further use or transfer of Death Row intellectual property;
- Costs and other relief deemed just and proper.

Respectfully submitted,

*/s/ Lydia Harris/*

Plaintiff Lydia Harris / Pro Se, if applicable
393 Eldridge Road
Sugarland, Texas 77478
832-799-4715
justlydia1@yahoo.com

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Lydia Harris, Pro Se | **DEFENDANTS** Death Row Row INC, et al |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) 939 Eldridge Rd Sugarland Texas 77478  JustLydigla Yahoo.com | **ATTORNEYS** (If Known) Unknown / Trustee |
| **PARTY** (Check One Box Only) ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☒ Creditor  ☐ Other  ☐ Trustee | **PARTY** (Check One Box Only) ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin  ☒ Creditor  ☐ Other  ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

2:06-BK-VZ
Consolidated 2:06-BK-11187-VZ

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☒ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED OCT - 9 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 10M, 000.000 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Death Row Records, Inc | BANKRUPTCY CASE NO.<br>2:06-BK-11205-VZ / 2:06-BK-11187-VZ || |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District Bankruptcy | DIVISION OFFICE<br>Los Angeles || NAME OF JUDGE<br>Vincent Zurzolo |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF<br>Lydia Harris | DEFENDANT<br>Death Row Records FNS || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Central District Bankruptcy Court | DIVISION OFFICE<br>Los Angeles CA || NAME OF JUDGE<br>Vincent Zurzolo |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Lydia Harris ||||
| DATE<br>Oct 9-2025 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Lydia Harris, Pro se ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.